IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | | No   CR-98-0038-VRW |
| Plaintiff, | | ORDER |
| v | | |
| ERIC JAMES HOOD, | | |
| Defendant. / | | |

On January 25, 2007, defendant moved to amend the court's judgment to include factual findings made by the court during defendant's sentencing. Doc #44. In particular, at the January 26, 1999, sentencing hearing, the court concluded that the government failed to meet its burden of establishing that defendant possessed a weapon in relation to the offense conduct. Accordingly, the court declined to impose the two-level enhancement recommended in the presentence report. See Doc #44, Ex A at 17 ("I don't believe that the government has discharged its burden of establishing that a sentencing enhancement for possession of a weapon should be found. And, consequently, the court will not attach the two-point enhancement for possession.").

The court's judgment, however, does not reflect this finding. See Doc #44, Ex B at 5.  Hence, pursuant to FRCrP 36, defendant requests the addition of the following language:

> The court adopts the factual findings and the guideline application in the presentence report except as augmented at the sentencing hearing as follows:
>
> (1) <u>the offense did not involve the carrying, use, or possession of a firearm;</u>
> (2) <u>the offense of conviction is a nonviolent offense;</u>
> (3) <u>the two-level enhancement for the specific offense characteristic under USSG §2D1.1 shall not be imposed.</u>

Doc #44 at 5.  Accordingly, the court ORDERS the government on or before February 15, 2007, to SHOW CAUSE why the court should not grant defendant's motion pursuant to FRCrP 36.

IT IS SO ORDERED.

VAUGHN R WALKER

United States District Chief Judge