IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | No | CR-98-0038-VRW |
| Plaintiff, | | ORDER |
| v | | |
| ERIC JAMES HOOD, | | |
| Defendant. / | | |

On January 25, 2007, defendant moved to amend the court's judgment pursuant to FRCrP 36 to include factual findings made by the court during defendant's sentencing. Doc #44. On February 2, 2007, the court ordered the government to show cause why the court should not grant defendant's motion. Doc #46. In its response, the government concurs with defendant that the judgment and commitment order is in error and thus does not oppose defendant's application to amend. Doc #47.

//
//

United States District Court
For the Northern District of California

Accordingly, the court amends the "statement of reasons" in defendant's judgment as follows:

> The court adopts the factual findings and the guideline application in the presentence report except as augmented at the sentencing hearing as follows:
>
> > <u>The evidence does not establish that a sentencing enhancement for possession of a weapon should be found. That reduces the total offense level from 35, as calculated in the presentence report, to 33.</u>

IT IS SO ORDERED.

_____

**VAUGHN R WALKER**

**United States District Chief Judge**